IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:02CR4 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WARREN VASSER, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Warren Vasser appeared before the court on April 20, 2007 on a Petition for Summons for Offender Under Supervision [42].  The defendant was represented by Assistant Federal Public Defender Jennifer Gilg and the United States was represented by Assistant U.S. Attorney Frederick Franklin. The defendant's oral motion to continue is granted.   The government did not move for detention.  The defendant was released on current conditions of supervision.

IT IS ORDERED:

1. The Federal Public Defender is appointed to represent the above named defendant.

2.  A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 2:00 p.m., on June 15, 2007.**  Defendant must be present in person.

3. Defendant is released on current conditions of supervision.

Dated this 20th day of April, 2007.

BY THE COURT:

 s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge